**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUAN GUZMAN, | ) | NO. SA CV 18-1599-R(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA, ETC., ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 24, 2019.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE